# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**"Baby L." a minor, by and through her legal guardians and next friends, DOE 1, and DOE 2, et al.**

vs.

**Dr. Mark Esper, in his official capacity as Secretary for the United States Department of Defense, et al.**

Action No:   3:20CV00009

Date:   2/26/2020

Judge:   Norman K. Moon

Court Reporter:   Mary Butenshoen (by phone)

Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)

Richard L. Mast (in person)

Defendant Attorney(s)

Kathryn Wyer, DOJ (by phone)
Alexander Haas, DOJ (by phone)
Daniel Bubar, USAO (by phone)
Laura Rottenborn, USAO (by phone)

PROCEEDINGS:
Parties present by phone, except for counsel for Plaintiffs, who was present in person.   Arguments heard as to Plaintiffs' Petition for a Temporary Restraining Order.   The Court took a brief recess at 4:19 p.m. and the parties were directed to re-join the call at 5:00 p.m. for the Court's ruling.

The conference call reconvened at 5:08 p.m.   The ruling of the Court is that Plaintiff's Motion/Petition for a Temporary Restraining Order is denied for the reasons as stated on the record.

Time in Court:   3:17 – 4:19 p.m.; 5:08 – 5:15 p.m.   (1 hour, 9 minutes)