CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

03/04/2020

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
     DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| "BABY L," *et al.*, | |
| *Plaintiff*, | CASE NO. 3:20-cv-00009 |
| v. | ORDER |
| DR. MARK T. ESPER, *in his official capacity as Secretary of Defense*, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants*. | |

This matter is before the Court on its own motion. On February 27, 2020, the Court entered an Oral Order directing Plaintiffs' counsel to file, within 24 hours, a public version of its brief in support of their combined "Motion for Leave to Proceed Using Pseudonyms" and Motion to Seal (hereinafter "Motion to Seal"). *See* Dkt. 1, 2. Plaintiffs' counsel failed to file a public brief in support of their Motion to Seal, as directed.

Finding it appropriate to do so, the Court **INVITES** the Government to file a response to Plaintiffs' Motion to Seal within **five (5) days** of this Order addressing whether—and if so on what grounds—any of the filings submitted by Plaintiffs and the Government's further notice submitted on February 27, 2020, should remain under seal.

The Court further **DIRECTS** Plaintiffs' counsel to file a notice within **seven (7) days** of this Order addressing whether Plaintiffs intend to continue to prosecute this action, after the Court's order denying Plaintiffs' motion for a temporary restraining order.

It is so **ORDERED**.

1

The Clerk of Court is hereby directed to send a copy of this Order to Plaintiffs' counsel and to Laura Rottenborn of the U.S. Attorney's Office in Roanoke.

ENTERED this  4th   day of March, 2020.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE