UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| "BABY L," *et al.*, | |
| *Plaintiff*, | CASE NO. 3:20-cv-00009 |
| v. | ORDER |
| DR. MARK T. ESPER, *in his official capacity as Secretary of Defense, et al.*, | JUDGE NORMAN K. MOON |
| *Defendants*. | |

This matter is before the Court on Plaintiffs' joint "Motion for Leave to Proceed Using Pseudonyms" and Motion to Seal (hereinafter "Motion to Seal"). *See* Dkt. 1. On March 4, 2020, the Court invited the Government to file a response to Plaintiffs' Motion to Seal. Dkt. 10. The Government has filed its response, Dkt. 11, which the Court will file under seal until the Court resolves Plaintiffs' pending Motion to Seal.

Finding it just and appropriate to do so, the Court **DIRECTS** Plaintiffs' counsel to file a response to the Government's submission, no later than **March 13, 2020**.

The Government has requested that certain exhibits remain under seal pending their further review. *See* Dkt. 4, Dkt. 4-12, Dkt. 4-14, Dkt. 4-16, Dkt. 5, and Dkt. 6. Those documents shall remain under seal under further Order of the Court, following further briefing by the Government on the documents. The Government is **DIRECTED** to file a response regarding those documents by **March 23, 2020**.

The briefing on Plaintiffs' Motion to Seal shall proceed regardless whether Plaintiffs state that they intend to continue to prosecute this action. *See* Order of March 4, 2020, Dkt. 9 (directing

Plaintiffs to file within seven days a notice "addressing whether Plaintiffs intend to continue to prosecute this action, after the Court's order denying Plaintiffs' motion for a temporary restraining order").

It is so **ORDERED**.

The Clerk of Court is hereby directed to send a copy of this Order to Plaintiffs' counsel and to Laura Rottenborn of the U.S. Attorney's Office in Roanoke.

ENTERED this 10th day of March, 2020.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE