UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| "Baby L.," a minor, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Dr. MARK ESPER, in his official capacity as Secretary for the U.S. Department of Defense et al.,<br><br>*Defendants*. | **Civil Action No. 3:20-cv-9** |

## PROPOSED ORDER

Upon review of Defendants' Unopposed Motion to Extend Defendants' Deadline to File Supplemental Response to Plaintiffs' Motion for Leave to Proceed Using Pseudonyms and Motion to Seal, and for good cause shown, it is

ORDERED that Defendants' Motion is GRANTED; it is further

ORDERED that Defendants shall file their supplemental response on or before April 6, 2020.

SO ORDERED.

Dated: _____ _____

Judge Norman K. Moon