CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
03/20/2020
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| "BABY L," *et al.*, | |
| *Plaintiff*, | CASE NO. 3:20-cv-00009 |
| v. | ORDER |
| DR. MARK T. ESPER, *in his official capacity as Secretary of Defense*, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants*. | |

This matter is before the Court on the Unopposed Motion to Extend Defendants' Deadline to File Supplemental Response to Plaintiffs' Motion for Leave to Proceed Using Pseudonyms and Motion to Seal ("Motion for Extension"), filed March 20, 2020. Dkt. 19.

For the reasons set forth in the unopposed Motion for Extension, and otherwise finding it just and appropriate to do so, the Court **GRANTS** the Motion for Extension (Dkt. 19). Defendants shall file their supplemental response to Plaintiffs' Motion to Seal by and including April 6, 2020.

It is so **ORDERED**.

The Clerk of Court is hereby directed to send a copy of this Order all counsel of record.

ENTERED this __20th__ day of March, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE