CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

04/23/2020

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| "BABY L," *et al.*, | |
| *Plaintiffs*, | CASE NO. 3:20-cv-00009 |
| v. | ORDER |
| DR. MARK T. ESPER, *in his official capacity as Secretary of Defense*, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants*. | |

This matter is before the Court on Defendants' Supplemental Response to Plaintiffs' Motion for Leave to Proceed Using Pseudonyms and Motion to Seal. Dkt. 21. Therein, Defendants state that the parties propose to jointly submit proposed redacted versions of certain filings on or before April 27, 2020. This Court, finding it just and appropriate to do so, **DIRECTS** the parties to submit the referenced proposed redacted filings on or before that date.

Defendants have also filed a proposed, written order memorializing this Court's February 26, 2020 oral decision on the record denying Plaintiffs' petition for a temporary restraining order. Dkt. 21 at 3–4; Dkt. 22. Defendants write that Plaintiffs' counsel opposes issuance of that memorialized order in light of Plaintiffs' voluntary dismissal in the interim. Dkt. 21 at 4 n.4. If Plaintiffs' counsel wishes to file an opposition to Defendants' request in this regard, they shall do so no later than April 27, 2020.

It is so **ORDERED**.

The Clerk of Court is hereby directed to send a copy of this Order to all counsel of record.

ENTERED this  23rd   day of April, 2020.

                                       *Norman K. Moon*
                                       NORMAN K. MOON
                                       SENIOR UNITED STATES DISTRICT JUDGE