**SEALED**

IN REPLY REFER TO:
1751
-1
13 Nov 19

From: ▮
To: ▮

Subj: ▮

Ref: (a) ▮
     (b) ▮

Encl: (1) ▮ of 7 Nov 19

1. The enclosure, received 7 November 2019, has been approved for ▮ **Baby L** **Baby L**, effective 10 November 2019, the date the ▮ Certificate of Foreign Birth was filed, per reference (a).

2. ▮ is ▮ for **Baby L**.

3. Per reference (b), **Baby L** is entitled to a ▮ effective 10 November 2019.

4. Please report any changes in **Baby L** status (i.e. changes in the court order, etc.) immediately to: ▮

5. Please provide a copy of this letter to ▮

Authorizing Official

By direction

For Official Use Only

EXHIBIT F

Case 3:20-cv-00009-NKM Document 25-2 Filed 04/27/20 Page 2 of 3 Pageid#: 416
Case 3:20-at-99999 Document 6-6 (Court only) Filed 02/26/20 Page 2 of 3 Pageid#: 220
SEALED



EXHIBIT F



EXHIBIT F