

# TRAFFICKING IN PERSONS REPORT
# JUNE 2019



EXHIBIT W