Case 3:20-cv-00009-NKM Document 25-11 Filed 04/27/20 Page 1 of 1 Pageid#: 492
Case 3:20-cv-00009-NKM Document 6-5 (Court only) Filed 02/26/20 Page 1 of 1 Pageid#: 218
SEALED

**CERTIFICATE OF VITAL RECORD**

VERIFY PRESENCE OF WATERMARK     HOLD TO LIGHT TO VIEW

3948042

DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

CERTIFICATE OF FOREIGN BIRTH

DEPARTMENT OF HEALTH—DIVISION OF VITAL RECORDS

STATE BIRTH NUMBER 145-FB- 012012

| 1. FULL NAME OF CHILD | (first) Baby L | (middle) Baby L | (last) Baby L | 2. SEX OF CHILD FEMALE |
|---|---|---|---|---|
| 3. DATE OF BIRTH | Baby L | | | |
| 4. PLACE OF BIRTH | UNKNOWN | | | |
| 5. FULL MAIDEN NAME OF MOTHER | | | | |
| 6. BIRTHPLACE OF MOTHER | | | | 7. DATE OF BIRTH OF MOTHER — DOE 2 Date of Birth |
| 8. FULL NAME OF FATHER | | | | |
| 9. BIRTHPLACE OF FATHER | | | | 10. DATE OF BIRTH OF FATHER — DOE 1 Date of Birth |
| 11. ADDRESS OF PARENTS | (Street Address or Route No.) Baby L | (City or Town) Baby L | (State) | (Zip Code) Baby L |

Data shown above based on evidence presented to the **Home County** COUNTY Circuit Court, dated **NOVEMBER 10, 2019**.

THIS CERTIFICATE IS NOT EVIDENCE OF UNITED STATES CITIZENSHIP FOR THE CHILD OR PARENTS NAMED ABOVE.

I hereby certify that this certificate is filed under provisions of Sections _____, 1950 ___ ___ as Amended.

STATE REGISTRAR ▶ _____     DATE RECORD FILED **NOVEMBER 10, 2019**

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the ___ Department Of Health, _____.

DATE ISSUED **NOVEMBER 10, 2019**     _____, State Registrar

Do not accept unless on security paper with the seal of ___ Department of Health, Vital Statistics in the lower left hand corner, ___ as amended.

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

VOID IF ALTERED OR ERASED

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

**EXHIBIT E**