| | |
|---|---|
| **From:** | DOE 1 Email |
| **To:** | Email |
| **Subject:** | FW: Medevac from ▉ |
| **Date:** | Tuesday, January 28, 2020 2:39:00 PM |
| **Attachments:** | Baby L. - ▉.jpg |

**From:** Email ▉ Email ▉
**Sent:** Tuesday, January 28, 2020 2:28 PM
**To:** Email ▉ CIV (USA) <▉mail.mil>
**Cc:** Email ▉ CAPT USN BUMED FCH VA (US) <Email ▉ mil@mail.mil>; Email ▉ <Email ▉ mil@mail.mil>; Email ▉ LCDR USN ▉ <Email ▉ mil@mail.mil>; Email ▉ CIV USN BUMED FCH VA (USA) <Email ▉ civ@mail.mil>
**Subject:** RE: Medevac from ▉

Good Afternoon Ma'am,

I was able to priority mail a ▉ photo ID to ▉ for ▉ to use in transit to the U.S. (See attached). Would this be sufficient ▉ to medevac a ▉ in transit through Germany, with a visa waiting at ▉ port of entry? It would greatly simplify my timeline if I did not have to secure an advance parole visa, but I'm going to get started on the request if that's required. Thank you for your help with this!

▉

**DOE 1**

▉
▉
▉ (▉
▉ DOE 1 Email ▉
▉ DOE 1 Email ▉

Comm: Email
Cell: Email

"Live for an Audience of one"
For we must all appear before the judgment seat of Christ." 2 Corinthians 5:10

---

**From:** Email ▉ CIV (USA) <Email ▉>
**Sent:** Thursday, January 23, 2020 4:49 PM

EXHIBIT M

Case 3:2020-cv-00099-NKM Document 54-13 Filed 04/27/21 Page 2 of 2
Case 3:2020-cv-00099-NKM Document 14-3 *SEALED* Filed 02/27/20 Page 2 of 10
SEALED
PageID #: 93

**To:** Email Capt ███████████████████ <DOE 1 Email mil@mail.mil>
**Cc:** Email ███████████████ (US) <Email mil@mail.mil>; Email ███████████████ <Email mil@mail.mil>; Email ███████ <Email mil@mail.mil>; Email ███████ <███████ mail.mil>; Email ███████████████ <Email civ@mail.mil>
**Subject:** Medevac from ███████

DOE 1 as discussed, since your daughter is an eligible ███████ beneficiary, enrolled to ███████ ███████ ███████, she is eligible for a medevac ███████████████.

The attending physician at ███████ would need to obtain an accepting physician, and I know you have reached out to a physician at the ███████████████ Children's hospital. The Patient Admin office at ███████ would then request a medevac ███████████████. Depending upon the medevac route, she may stop over at ███████████████████████████████.

We are reaching out ███████████████ to determine the requirements for her medevac since she is a stateless minor. We understand you and your wife are her permanent legal guardians, and her visa will be available when she lands in the United States. As soon as we have more information ███████ ███████ we will let you know.

Thank you.
v/r,
Approving Official

Official ███████████████ FACHE
███████████████████████████
███████████████
███████████████████
███████████████████
███████████
COMM: Phone
Cell: Phone
Email: Email ███████ @mail.mil
Desk: ███████

FOR OFFICIAL USE ONLY – Privacy Sensitive: Any misuse or unauthorized disclosure may result in both civil and criminal penalties.

PRIVACY ACT NOTICE: This communication may contain privileged or other official information. If you are not the intended recipient or believe that you have received this communication in error, please reply to the sender indicating that fact and delete the copy you received. It is a violation of Federal Law to print, copy, retransmit, disseminate, or otherwise use this information.

EXHIBIT M