Case 3:20-cv-00090-NKM Document 254-15 *SEALED* Filed 02/27/24 Page 1 of 4 Pageid#: 5411
Case 3:20-cv-00090-NKM Document 254-15 Filed 04/27/20 Page 1 of 4 Pageid#: 100
SEALED



---

**From:** DOE 1 <email ███████>
**Sent:** Thursday, January 23, 2020 11:31 AM
**To:** [POTUS CoS Email]@who.eop.gov; [POTUS CoS Email]@who.eop.gov
**Cc:** [POTUS Advisor E]@donaldtrump.com <[POTUS Advisor E]@donaldtrump.com>
**Subject:** Re: Baby L. Intervention - Request to Medically Evacuate

Good Morning Sir,

I understand your office has been working to return Baby L. to the U.S., but I received an urgent warning this morning that resulted in this request.

BLUF: Request That The President Order Baby L. to be Evacuated Immediately to the United States until a Final Determination on Her Status Can Be Made

This request is appropriate in light of the significance of Prevention of Human Trafficking Month and the importance of protecting innocent life, as the situation outlined below.

I was informally warned this morning that Baby L. was at risk of being turned over to the ███████ system ASAP because the Assistant Chief of Mission (ACM) at the Embassy is opposed to having her brought to the United States. This opposition originated primarily because the ACM objected to Vice President Pence's initial intervention back in October, as well as my own advocacy efforts on Baby L. behalf. The Two Star General handling Baby L. case for ███████ also objected to my advocacy after receiving a complaint from the ACM,

EXHIBIT O

and currently seems opposed to the idea of the waiver of jurisdiction that ▮ has worked towards since October.

I am very concerned that this will result in the ACM intentionally handing Baby ▮ over to the ▮ before an order can be given to have her brought back to the United States by higher authority. I was personally in a meeting with the ACM in ▮ the day after the Vice President intervened at the end of October where she invited ▮ ministry representatives without coordination with DoD, and asked them how soon they could take Baby L. into their custody (without having reviewed any DoD intelligence regarding Baby L. status as a stateless minor, or her medical documents).

Based on this prior conduct, the ACM's disposition is entrenched and it would take a direct order from higher authority with oversight to guarantee compliance.

Given this situation, I don't think Baby L. is safe under their supervision and would respectfully request that she be moved immediately for her own protection based on her status as a stateless minor in U.S. custody, and a ▮.

Personally, I believe American values dictate that Baby L. best interests be placed ahead of every other factor in her unique situation. It took ten years for the State Department and U.S. Forces in ▮ to ▮ in the name of not offending our ▮ partners. I have no intention of letting ▮ suffer a similarly horrific fate of abuse and neglect from the same misguided priorities - and I know that her awesome medical staff who have cared for her over the last four months feel the same way.

**DOE 1**▮

---

**From:** email
**Sent:** Friday, January 17, 2020 6:13 PM
**To:** [POTUS CoS Email] who.eop.gov <[POTUS CoS Email] who.eop.gov>
**Cc:** [POTUS Advisor E] donaldtrump.org <[POTUS Advisor E] donaldtrump.org>
**Subject:** RE: Baby L. Intervention - Request to Medically Evacuate

Good Evening Sir,

It's humbling that so many Americans would be willing to help guarantee a precious little girl's safety and ensure her access to the medical care she needs to lead a normal life!

Ironically, I just got out of a meeting on Capitol Hill with Senator Cruz's office when I received the email from Ms. [POTUS Ad] below.

I'll simply repeat the request that I made to Senator Cruz's staff, and to the Defense Health System already, and that is to ask that Baby L. be medically evacuated on the next medical flight out of ▮ due to the heightened regional tensions and her ability to receive specialized care at the University of ▮ Children's Hospital.

Once she is safe and cared for in the States, we can await President ▮ endorsement of the waiver (when his ▮.

EXHIBIT O

Case 3:20-cv-00009-NKM Document 54-15 Filed 04/27/20 Page 3 of 4
Case 3:20-cv-00009-NKM Document 25-15 *SEALED* Filed 02/27/20 Page 8 of 13
Sealed#E102

Specifically, **there is a medical flight to Germany leaving out of ▇ where ▇ is located in the next 6-8 hours, and it will connect to Joint Base Andrews.** It typically takes 72 hours to execute a routine medical evacuation, so it was previously scheduled.

I had made a doctor's appointment with Baby L. ▇ pediatrician on January 20th in hopes that she could make it to the states at that time (see attached appointment confirmation). I would love for her to be able to start her U.S. treatment plan, if that is something the President or competent authority is willing to order.

I appreciate your consideration of this request, and would be happy to provide documentation of my legal guardianship, ▇ ▇ status, and her treatment plan at ▇ if needed. I am also available at any time for follow on questions. ▇ typically references ▇ as the "▇" or "▇" or just "Baby L.

I have also been working with the director of USCIS, who is reaching out to CBP at Joint Base Andrews to confirm arrangements for a parole visa upon her arrival at that port of entry.

I greatly appreciate your considering ▇ case. It means so much to me and dozens of service members who have cared for her all of this time.

▇

Capt DOE 1 ▇

DOE 1

---

**From:** DOE 1
**Sent:** Friday, January 17, 2020 3:59 PM
**To:** POTUS Advisor Esq. <POTUS Advisor esq@gmail.com>
**Cc:** email
**Subject:** Re: [External] Re: Baby L. Intervention Request

Ma'am:

I cannot express how grateful we are for your help. Thank you!

DOE 1

Sent from my iPhone

> On Jan 17, 2020, at 15:31, POTUS Advisor Esq. <POTUS Advisor esq@gmail.com> wrote:
>
> [ EXTERNAL EMAIL: Do not click any links or open attachments unless you know the sender and trust the content. ]
>
> DOE 1
>
> I spoke directly with the White House Chief of Staff name on this issue. He has briefed the Vice President and he asked me to let you know you may communicate with him name ) directly.

EXHIBIT O

His email is [POTUS CoS Email] who.eop.gov and his assistant [POTUS Advisor] may be reached at [POTUS Advisor] [POTUS Advisor]

I'm praying for your success in bringing Baby L. Caution-home.

[POTUS Advisor]

Sent from my iPhone

On Jan 16, 2020, at 11:57 AM, [Email] wrote:

Dear Ms. [POTUS Adv]

[DOE 1] forwarded your response to me. I have represented him and [DOE 2] in the ▇ custody proceedings. As you might surmise, we are related.

We just received confirmation of a meeting with Sen. Cruz' DoD staff tomorrow, Friday, January 17 at 2:00 PM.

If you have 20 minutes in the morning, or late afternoon, it would be wonderful if we could brief you personally on ▇ situation.

There are lot of moving parts that can be simplified with a conversation. If it would be better to talk on the phone, my cell is [Phone #]

Thanks very much for your interest. It is truly a God-send!

**Name**

PO Box 540774
Orlando, FL 32854
[Phone #] Phone
 ax
LC.org < Caution-https://nam04.safelinks.protection.outlook.com/?url=http%3A%2F%2FCaution-www.lc.org%2F&data=02%7C01%7C[email]▇7C299417935c784047bb9d08d79b8c1266%7Cbaf8218eb3024465a9934a39c97251b2%7C0%7C0%7C637148898220539740&sdata=WPjndj65h5HLJK72yRRIRqK8slEaE%2FBJoaC10O9Fh6g%3D&reserved=0 >
Offices in DC, FL, and VA
*Licensed in ▇

**From:** [DOE 1] [email] ▇ < Caution-mailto:e▇y.edu >>
**Date:** January 16, 2020 at 05:54:30 EST
**To:** "[POTUS Advisor] Esq." <[POTUS Advisor] esq@gmail.com < Caution-mailto[email] ▇@gmail.com >>

8

EXHIBIT O