UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

"Baby L.," a minor, et al.,

    *Plaintiffs*,

v.

Dr. MARK ESPER, in his official capacity as
    Secretary for the U.S. Department of Defense
    et al.,

    *Defendants*.

**Civil Action No. 3:20-cv-9**

**FILED UNDER SEAL**

## NOTICE

Defendants hereby provide notice to the Court and the plaintiffs that the child referred to in the complaint as "Baby L" was transferred to the Government of ▬ ▬▬▬▬▬▬▬▬▬▬ for reunification with her next of kin, consistent with the request of the Government of ▬▬▬▬▬▬▬▬▬▬▬▬, on February 27, 2020.

February 27, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on February 27, 2020, a true and accurate copy of the foregoing was submitted to the Court's ECF electronic mail account, copying counsel of record for plaintiffs, in order to be filed under seal in the above-captioned matter.

    /s/ Kathryn L. Wyer
KATHRYN L. WYER