# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| "Baby L.," a minor, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Dr. MARK ESPER, in his official capacity as Secretary for the U.S. Department of Defense et al., <br><br> *Defendants*. | **Civil Action No. 3:20-cv-9** <br><br> **FILED UNDER SEAL** |

## PROPOSED ORDER

Having reviewed the parties' Joint Submission of Proposed Redactions, and in light of the entire record herein, it is hereby ORDERED that the seals on sealed filings on the docket to date are resolved as follows:

- ECF No. 4 exhibits A, B, C, D, G, K, P, X (ECF Nos. 4-1, 4-2, 4-3, 4-4, 4-7, 4-11, 4-16, and 4-24) shall remain SEALED.

- The redacted versions of ECF Nos. 1, 4 & exhibits E, F, H, I, J, L, M, N, O, W (ECF Nos. 4 (only), 4-6, 4-8, 4-9, 4-10, 4-12, 4-13, 4-14, 4-15, and 4-23), 5, 6, 10, 11, 13, 14, and 21 that were submitted with the parties' Joint Submission of Proposed Redactions are APPROVED, and the Clerk is directed to file these redacted versions on the public docket.

- The Clerk is directed to unseal exhibits Q, R, S, T, U, V of ECF No. 4 (ECF Nos. 4-17, 4-18, 4-19, 4-20, 4-21, and 4-22); 4-25; ECF No. 22; and the parties' Joint Submission of Proposed Redactions.

It is further ORDERED that the parties shall filed proposed redactions of the transcript of the TRO Hearing, on the docket as ECF No. 18, on or before May 11, 2020. The TRO Hearing transcript shall remain under seal pending further order of the Court.

SO ORDERED.

Dated: _____                              _____
                                                  Judge Norman K. Moon