CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
07/09/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
  DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

"Baby L.," a minor, et al.,

    *Plaintiffs*,

v.

Dr. MARK ESPER, in his official capacity as Secretary for the U.S. Department of Defense et al.,

    *Defendants*.

**Civil Action No. 3:20-cv-9**

**FILED UNDER SEAL**

## JOINT SUBMISSION OF REVISED REDACTIONS PURSUANT TO THE COURT'S ORDER OF JULY 2, 2020

In accord with the Court's Order of July 2, 2020 [ECF No. 28], the parties have conferred and prepared revised redacted versions of Dkt. #s 1; 4 & 4 exhibits H, I, L, and N; 5; 6; 13; and 14, attached hereto. Please note that Dkt. #4 exhibit L, which was not specifically identified in the Court's Order as requiring revision, was found to contain information regarding the minor child that the Court had ordered redacted. A revised version that that document is therefore included herewith.

July 8, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER

>Federal Programs Branch
>U.S. Department of Justice, Civil Division
>1100 L Street, N.W., Room 12014
>Washington, DC  20005
>Tel. (202) 616-8475
>kathryn.wyer@usdoj.gov
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on July 8, 2020, a true and accurate copy of the foregoing was submitted to the Court's ECF electronic mail account, copying counsel of record for plaintiffs, in order to be filed under seal in the above-captioned matter.

>　/s/ Kathryn L. Wyer
>KATHRYN L. WYER