

**Children's**

Doctor **MD**
**International Adoption Clinic**
Docto
Doctor Phone #

February 14, 2020

To whom it may concern:

On December 11, 2019, I provided a screening and treatment plan for ^Baby L based on my review of the Comprehensive Health Assessment provided by the ████████████████ outlining ^Baby L medical history and health condition, in addition to having read relevant portions of an unclassified summary regarding the source of her ████████████. These ████ included a ████████████, ████████████, and ████████████████, and were apparently resulting from ^Baby L being in close proximity to multiple explosions at approximately ████ old.

The purpose of that treatment plan was to provide an outline of the care ^Baby L needs so she can begin the screening/treatment process immediately upon her arrival in the United States. ^Baby L is currently scheduled for her initial screening on February 27th at my pediatric practice in ████ ████.

Since 11 December, my office has received ^Baby L complete medical record, which consists of over 450 pages of her treatment received and medical history to date. In addition, we have received photographs of ^Baby L documenting some of her visible medical concerns (see below).

My recommendations for her future plan of care are based on my experience as the Medical Director of the International Adoption Clinic at the University of ████ as I routinely deal with screening children from foreign countries. Based on the information outlined above, my recommendation for ^Baby L treatment is outlined below.

1

EXHIBIT H

<sup>Baby L.</sup> should have screening labs for the following common infectious diseases (including repeated labs that have been completed in ███████ **HIV, syphilis, hepatitis B, hepatitis C and tuberculosis, as well as stool studies for ova and parasites**.

Screening labs should also be completed to look for anemia or other blood deficiencies (**a complete blood count**), a **comprehensive metabolic panel** to review her liver and kidney function, **thyroid studies** and a **lead level**.

She will need baseline **audiology and ophthalmology evaluations**. This is recommended for all international children given their greater risk for hearing and visual deficits but is particularly important in <sup>Baby L.</sup> case because of her history of ███████ ████████.

All international children should have a **comprehensive developmental evaluation**. Again, with <sup>Baby L.</sup> this is of particular importance because of her history of ██████████. In addition to the baseline assessment, I believe she will also need ongoing therapies including █████████. With her list of injuries including █████ and █████, she will certainly benefit from these additional long-term services that may be months, if not years in duration.

<sup>Baby L.</sup> will need a referral to █████████ to help manage her ████████. This is now healing well but will need follow up to ensure ████████. She will also require a referral to ████████ to follow her as her ████████ heals and to do any █████████ that may be necessary. Depending on the extent and healing of her █████ from the explosion, she may also need evaluation by █████████.

Finally, <sup>Baby L.</sup> has had a traumatic start to her young life and will benefit from being in a stable and loving environment as she recovers from both her physical and emotional injuries. I anticipate that she will need supports throughout her childhood to help her fully recover.

2

EXHIBIT H

Case 3:20-cv-00099-NKM Document 89-3 Filed 07/09/20 Page 3 of 15 Pageid#: 633
Case 3:20-cv-00099-NKM Document 8-3 Filed 02/25/20 Page 3 of 15 Pageid#: 228
SEALED

I anticipate seeing <sup>Baby L.</sup> in my clinic within 2-4 weeks of her approval to travel to the United States, and thereafter serving as her primary care pediatrician to help facilitate all of the above recommendations.  She will be vaccinated according to the Centers for Disease Control and Prevention recommendations for children.  Please let me know if I can provide further information.



EXHIBIT H

Case 3:20-cv-99995 Document 6-8 Court Only Filed 02/28/20 Page 4 of 15 Pageid#: 229

SEALED



Baby L

4

EXHIBIT H

SEALED



EXHIBIT H

SEALED





Baby L

EXHIBIT H

Baby L — **Possible** ████████████ (██████).

7

EXHIBIT H

Case 3:20-cv-00009-NKM Document 89-3 Filed 07/08/20 Page 8 of 15 Pageid#: 638
Case 3:20-cv-99996 Document 6-3 Souled 07/08/20 Filed 02/28/20 Page 8 of 15
SEALED
Pageid#: 283

**CURRICULUM VITAE**

Doctor    Doctor **MD**

## I.   PERSONAL DATA
Work Address:

# Doctor

## II.   EDUCATION

| | | |
|---|---|---|
| 1999 – 2003 | Medical Doctor | Medical College of ▮▮▮ at ▮▮▮ ▮▮▮ University |
| 1995 – 1999 | B.S.-Cum Laude Biological Psychology, minor in Sociology | College of William and Mary |

## III.   POST-GRADUATE EDUCATION

| | |
|---|---|
| 2019 | VMAP Project Echo Mental Health Awareness Training, ▮▮▮ |
| 2019 | Breast Feeding Medicine Certificate Course, 40 hours, ▮▮▮ |
| 2018-2019 | Training and certification in Trauma Informed Care, ▮▮▮ and Region 10 Community Services Board |
| 2008 – 2012 | Fellowship, Pediatric Infectious Diseases, EVMS/CHKD |
| 2010 | Pediatric Public Health Policy class in Masters of Public Health Program, EVMS (GPA 4.0) |
| 2007 – 2008 | Introductory epidemiology, health management, and biostatistics classes in the Masters of Public Health Program, EVMS (GPA 4.0) |
| 2006 – 2007 | Chief Resident, Pediatrics, EVMS/CHKD |
| 2003 – 2006 | Internship and Residency, Pediatrics, EVMS/CHKD |

## IV.   ACADEMIC APPOINTMENTS

| | | |
|---|---|---|
| 2012 – Present | Assistant Professor | University of ▮▮▮ Children's Hospital Primary Practice Location: ▮▮▮ Pediatrics at ▮▮▮ credentialed in General Pediatrics and Pediatric Infectious Diseases |

### CLINICAL LEADERSHIP

| | |
|---|---|
| 2018 – Present | Director, Pediatric Diagnostic Dilemmas Clinic at ▮▮▮ |
| 2018 – Present | Director, International Adoption Clinic at ▮▮▮ |
| 2015-2019 | Healthy Habits clinic for pediatric patients who are overweight and obese |

## V.   OTHER EMPLOYMENT PERTAINING TO CURRENT PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| 2006-2012 | Instructor of Pediatrics, Eastern ▮▮▮ Medical School (▮▮▮), |

EXHIBIT H

Case 3:20-cv-00009-NKM Document 89-3 Filed 07/09/20 Page 9 of 15 Pageid#: 639
Case 3:20-cv-99993 Document 6 Courtesy Filed 02/26/20 Page 9 of 15
Pageid#: 234
SEALED

Rec'd 3/2019

|  | Norfolk, VA |
| --- | --- |
| 2006-2008 | Pediatrician, Children's Specialty Group; attended high risk deliveries and managed infants in community Level I and Level II nurseries, Norfolk, ▮ |
| 2006-2007 | Pediatric Ward Attending, Children's Hospital of the King's Daughters (CHKD), Norfolk, ▮ |

### Leadership Activities

| 2011-2012 | Physician Champion, Development and implementation of an Antimicrobial Stewardship Program, CHKD |
| --- | --- |
| 2011-2012 | Inpatient Subcommittee of the Pediatric Committee on Antimicrobial Stewardship to establish guidelines for hospital-based pediatric antimicrobial stewardship programs, Pediatric Infectious Diseases Society |
| 2011-2012 | Root cause analysis team member, review of patient safety issues, CHKD |
| 2011 | Physician Champion, Infection Prevention and Control initiative to develop and implement a Safe Needles Program, CHKD |
| 2010 | Establishment of guidelines for HIV testing in the Emergency Department, CHKD |
| 2010 | Quality improvement project to optimize MRSA surveillance screens in the NICU, CHKD |
| 2004-2007, 2009-2011 | Small group facilitator in Pathophysiology course for 2nd year EVMS students |

## VI. CERTIFICATION AND LICENSURE

### A. Certification

| 2013 | Board certification, Pediatric Infectious Diseases |
| --- | --- |
| 2006 | Board certification in Pediatrics, recertification 2016 |

### B. Licensure

| ▮ | 2006 | # 0101239639 |
| --- | --- | --- |

## VII. HONORS AND AWARDS

| 2009 | Jonathan Freeman Scholarship to attend the Society for Healthcare Epidemiology of America/Centers for Disease Control Training Course in Healthcare Epidemiology, Atlanta, Georgia |
| --- | --- |
| 2009 | Faculty teaching award for EVMS medical students in the pediatric clerkship |
| 2007-2008 | Health Professions Scholar, EVMS Masters of Public Health Program |
| 2005, 2006 | Resident teaching award for EVMS medical students in the pediatric clerkship |
| 2000 | A.D. Williams Summer Fellowship, MCV (Instructed medical students in the education of low-income families about government-sponsored health insurance for children) |
| 1999-2003 | School of Medicine ▮ Award, MCV (tuition scholarship) |

## VIII. PROFESSIONAL AFFILIATIONS (INCLUDING OFFICES HELD)

| 2006-2013, 2015-present | American Academy of Pediatrics, Fellow |
| --- | --- |
| 2014 | American Pediatric Association |

2

EXHIBIT H

Case 3:20-cv-00009-NKM Document 29-3 Filed 07/09/20 Page 10 of 15 Pageid#: 640
Case 3:20-cv-00009 Document 6-3 (Court only) Filed 02/28/20 Page 10 of 15
Pageid#: 235

Rec'd 3/2019

## IX. RESEARCH ACTIVITIES
### A. AREAS OF RESEARCH INTEREST
1. Quality improvement
2. Vaccines / increasing vaccination rates
3. Obesity
4. Antibiotic stewardship

## X. TEACHING ACTIVITIES
### A. Classroom, Seminar, or Teaching Laboratory
2018    Undergraduate ███ pre-medical student workshop. Topic:
         The Bookends of Life and Medial School Admissions
2017    Resident Wednesday School, Topics: Office orthopedics,
         Coding and billing, How to handle office complaints

### B. Clinical Teaching (in ward, clinic, OR)
2012-present   Outpatient clinical education in general pediatrics for ███
         School of Medicine Students and ███ Pediatric Residents at
         ███ Pediatrics at Orange clinic

## XI. TEACHING ACTIVITIES OTHER THAN CLASSROOM OR CLINICAL, INCLUDING TEACHING OF UNDERGRADUATE (PRE-BACCALAUREATE), GRADUATE, POSTDOCTORAL STUDENTS AND CONTINUING EDUCATION MEDICAL STUDENTS.
### A. Conferences, Grand Rounds, Journal Clubs, etc
2018         Grand Rounds, ███ Family Medicine, Topic: Obesity in primary
             care pediatrics
2018         Grand Rounds, Centra Health System, Lynchburg, VA. Topic: The
             HPV vaccine, moving from fears to facts
2018         Pediatric resident noon conference, Topic: ADHD
2014-2017    Preceptor, Social Issues in Medicine Course 1st year ███ Medical Students
2013         Pediatric resident noon conference, Topic: Cases in General Pediatrics
2012         Pediatric resident noon conference, Topic: Rashes

### B. Other, including development of curriculum or new teaching materials, methods of evaluation, program supervision, etc.
2018-present    Vaccine Health Maintenance project
                Identification tool in EPIC to prompt users about needed
                vaccines for children. Representative to research group for ███
                Pediatrics at Orange. Designed survey to determine current
                satisfaction with vaccine ordering and knowledge of needed
                vaccines.
2017-present    Hypertension Identification and Management
                Initiated as AAP EQIPP project, QI efforts ongoing through
                addition and maintenance of EPIC template prompts targeting

3

SEALED

EXHIBIT H

Rec'd 3/2019

| | identification and management of hypertension at well visits based on 2017 AAP guidelines |
|---|---|
| 2017-present | Well visit templates |
| | Design and maintenance of well visit templates for our physician providers at Pediatrics at Orange, frequently updated to reflect office based QI projects as well as to be inclusive of AAP guidelines (e.g. hypertension identification and management, asthma screening, Edinburgh post-partum depression screening, adolescent depression screening, etc) |
| 2017-present | Vaccine Ordering |
| | Design and maintenance of vaccine order sets used by our nurses at Pediatrics at Orange to encourage pended vaccines and increase rates of vaccination. Ongoing education and updates provided to nursing as needed. |

XII. **OTHER PROFESSIONAL ACTIVITIES (BOARDS, EDITORSHIPS, ETC.)**
2011-2012    Surgical site infection prevention committee, CHKD
2011-2012    Medical Education, CHKD
2010-2012    Patient Safety, CHKD
2008-2012    Infection Control and Prevention, CHKD
2008-2012    Pharmacy and Therapeutics, CHKD
2006-2007    Medical Education, CHKD

XIII. **CURRENT CLINICAL ACTIVITIES**
   **B. Outpatient**
      1. General pediatrician attending since 2012, primarily at ▇▇ Pediatrics at Orange
      2. International adoption clinic at ▇▇
      3. Pediatric Diagnostic Dilemmas Clinic at ▇▇
      4. Participant in the Patient Centered Medical Home process at ▇▇ Pediatrics at Orange

XIV. **SCHOOL, UNIVERSITY, ▇▇ HOSPITALS, DEPARTMENTS, NATIONAL, AND STATE COMMITTEES & COUNCILS**
   **A.     School of Medicine**
      2016-2019    ▇▇ Medical School Admissions committee
   **B.     Department of Pediatrics**
      2018-present   Equity and Inclusion Committee
             Latino Health Initiative Subcommittee
      2019-present   M3 Clerkship Committee

XV. **PAPERS PUBLISHED OR IN PRESS**
   **A.     Peer Reviewed**
      1.    2015    Doctor ᴰᵒᶜᵗᵒʳ  What explains the brown discoloration on the soles of a 7-year old boy? *Consultants for Pediatricians*. 2015 (14) v2 61-2.
      2.    2012    Doctor ᴰᵒᶜᵗᵒʳ Doctor        Characterization of a USA300

4

SEALED

EXHIBIT H

Case 3:20-cv-00009-NKM Document 89-3 Filed 07/09/20 Page 12 of 15 Pageid#: 642
Case 3:20-cv-00009-NKM Document 65-3 (Court Only) Filed 02/25/20 Page 12 of 15
Pageid#: 287
SEALED

Rec'd 3/2019

*Staphylococcus aureus* protein signature using matrix assisted laser desorption/ionization-time of flight mass spectrometry. *Journal of Medical Microbiology.* 2012 (61) 640-44. Cited 16 times. IF= 2.269. Rank 72 of 123 Microbiology journals.

3. 2011 Doctor  Doctor Doctor .  Pathogen identification using mass spectrometry in the clinical microbiology laboratory. *Mass. Spectrom.* 2011 1223–1232. Cited 11 times. IF=2.541. Rank 35 of 77 Biochemical Research Methods. Rank 24 of 75 Chemistry, Analytical journals. Rank 14 of 43 Spectroscopy journals.

4. 2011 Doctor  Doctor  Ceftriaxone-induced renal failure in a child being treated for Lyme arthritis:  a case for antimicrobial stewardship. *Pediatrics. epub* October 3, 2011 (128). Cited 7 times. IF= 5.196. Rank 3 of 120 Pediatrics journals.

5. 2011 Doctor  Doctor  Bone pain and fever in an adolescent and his sibling. *Pediatric Infectious Disease Journal.* 2011 Jan 30(1) 89,93-94. Cited 2 times. IF=2.587. Rank 84 of 151 Immunology journals. Rank 38 of 83 Infectious Diseases journals. Rank 22 of 120 Pediatrics journals.

6. 2011 Doctor  Doctor  With Chest Pain, Trouble Breathing, Cough After Heart Surgery. *Consultant for Pediatricians.* 2011 Jan 10 (1).

7. 2008 Doctor  Doctor  An uncommon presentation of stroke in a child with trisomy 21. *Pediatric Emergency Care.* 2008 Apr 24 (4) 230-2. Cited 3 times. IF=0.923. Rank 16 of 24 Emergency Medicine journals. Rank 97 of 120 Pediatrics journals.

**XVI. INVITED LECTURES AND SYMPOSIUMS**

2019  ████  Birdsong Pediatric Conference: Presentation, Pediatric Pearls, The Barking Dog

2019  Poster presentation: ████  Birdsong Pediatric Conference, A primary care intervention for obesity: Healthy Habits Toolkits

2019  Poster presentation: American Pediatric Association Region IV, A primary care intervention for obesity: Healthy Habits Toolkits

2015  From Mickey Mouse to Measles, Vaccines in 2015, Head Start Nursing and Administration ████ state conference

2013  Mononucleosis, Teen Culture Conference, University of ████

2011  Poster presentation:  Antibiotic Use at CHKD, CHKD Research Day

2011  Poster presentation:  Matrix assisted laser desorption / ionization time of flight model to strain-type *S. aureus* USA300 family organisms

2011  Pediatric Grand Rounds, CHKD:  *Staphylococcus aureus*, The Persistent Pathogen

2010  Poster symposium:  MALDI-ToF strain identification of methicillin sensitive *Staphylococcus aureus,* Pediatric Academic Society / Society for Pediatric Research annual meeting, Vancouver, Canada

2010  Poster symposium:  The dynamic epidemiology of methicillin sensitive *Staphylococcus aureus* nasal colonization in the NICU, Pediatric Academic Society / Society for Pediatric Research annual meeting, Vancouver, Canada

5

EXHIBIT H

Case 3:20-cv-00099-NKM Document 29-3 Filed 07/09/20 Page 13 of 15 Pageid#: 643
Case 3:20-cv-99995 Document 63 (Court Only) Filed 02/25/20 Page 13 of 15
Pageid#: 238

Rec'd 3/2019

**XVII. COMMUNITY**

2019    Blog interview, ██ Healthy Balance, Topic: Measles Outbreak 2019, This is why we get vaccinated

2017        TV interview on NBC29, Topic: Vaccines for children

2016        Healthy Habits Spring Fling, ██ Pediatrics at Orange

2016-present   Seasons Treatings Gifting for underprivileged patients

2016        Nutrition for 4th graders, Covenant School

2015-2017   Classroom volunteer, Covenant School

2015-2017   Ronald McDonald House, provide meals on holidays

2015        Camp medic, Cub Scout Day Camp, Monticello Region

2014        Charlottesville Family Magazine, topics: tonsillitis, cold sores

2012-2015   Classroom volunteer at Baker Butler Elementary School

2009-2012   Outreach meal coordinator, Church of the Ascension: organize meals for members of the parish who are ill or home-bound, Norfolk, ██

2008-2012   Mission of the Holy Spirit: monthly meal preparation for 40 underserved Norfolk children

2007-2008   Volunteer, Food Bank of Southeastern ██

2005-2012   Norfolk Emergency Shelter Team: prepare food and supplies for homeless shelter

EXHIBIT H

SEALED

**Cost Estimate of Potential Services Per the International Adoption Clinic**

**Labs:**

| TEST | CPT | PRICE |
|---|---|---|
| CBC | 85027 | $112.00 |
| CMP | 80053 | $406.00 |
| LEAD | 83655 | $171.00 |
| T4 | 84436 | $141.00 |
| TSH | 84443 | $235.00 |
| HEP B & C | 86704 | $195.00 |
| | 86706 | $184.00 |
| | 86803 | $248.00 |
| | 87340 | $180.00 |
| HIV | 87389 | $255.00 |
| SYPHILIS | 86780 | $183.00 |
| QUANTIFERON GOLD | 86481 | $419.00 |
| Ova And Parasite | 87177 | $160.00 |
| | 87209 | $180.00 |

Labs Total: <u>$3,069</u>

**ENT/Audiology:**
Base line audiological exam-
Codes – 92550 $306.00,  92567 $116.00,  92588 $629.00,  92585 $1,640.00

ENT/Audiology Total: <u>$2,691.00</u>

**Speech Therapy:**
Evaluation codes 92523 $517.00
Therapy code 92507 $288.00

Speech Therapy Total: <u>$1,957.00</u> (For 5 Sessions)

**Ophthalmology Evaluation:**
Code 92004  $350.00

Ophthalmology Eval Total: <u>$350.00</u> (Excludes Treatment Costs)

**Physical Therapy:**

| | CPT | PRICE |
|---|---|---|
| Pt eval low complex 20 min | 97161 | $318.00 |
| Pt eval mod complex 30 min | 97162 | $376.00 |

EXHIBIT H

Case 3:20-cv-00008-NKM Document 89-3 Filed 07/09/20 Page 15 of 15 Pageid#: 645
Case 3:20-cv-99995M Document 8-3 (Courtesy) Filed 02/06/20 Page 15 of 15
Pageid#: 240

Pt eval high complex 45
min                         97163      $463.00

**Physical Therapy Total: $318.00 - $463.00** (Excludes Treatment Costs)

**Occupational Therapy:**

|                              | CPT    | PRICE    |
|------------------------------|--------|----------|
| Ot eval low complex 30 min   | 97165  | $318.00  |
| Ot eval mod complex 45 min   | 97166  | $376.00  |
| Ot eval high complex 60 min  | 97167  | $463.00  |

**Occupational Therapy Total: $318.00-$463.00** (Excludes Treatment Costs)

**Therapy services PT or OT:**

|                               | CPT    | PRICE    |
|-------------------------------|--------|----------|
| THERAPEUTIC ACTIVITY 15 MIN   | 97530  | $50.00   |

**Therapy services PT or OT: $9600** (2x Per Week x 12 Months Each)

**Visits New and Established:**
Pediatric Orthopedics, Pediatric Neurosurgery, Plastic Surgery and Comprehensive Developmental Evaluation

New Visits Level 1-5  (Based on complexity of care)
99201  $110.00
99202  $187.00
99203  $271.00
99204  $400.00
99205  $503.00

**New Visits Total: $440.00-$2012.00** (New/Initial Visit for Orthopedics, Neurosurgery, Plastic Surgery, and Developmental Eval)

Established Visits Level 1-5  (Based on complexity of care)
99211  $53.00
99212  $109.00
99213  $183.00
99214  $262.00
99215  $353.00

**Established Visits Total: $2,544-$16,944** (1x Per Month x 12 Months Each)

**Total Cost ESTIMATE: $21,287-$37,549** (Given Assumptions Noted Above - ESTIMATE ONLY)

EXHIBIT H