December 11, 2019



**Doctor** **MD**
**International Adoption Clinic**
Doctor
Doctor Phone

To whom it may concern:

I have reviewed the Comprehensive Health Assessment for <sup>Baby L.</sup> about <sup>Baby L.</sup> history and current health condition, in addition to having read relevant portions of an unclassified summary regarding the source of her ▮▮▮▮▮▮. This letter is intended to outline my recommendations for her future plan of care based on my experience as the Medical Director of the International Adoption Clinic at the University of ▮▮▮▮ as I routinely deal with screening children from foreign countries.

<sup>Baby L.</sup> should have screening labs for the following common infectious diseases (including repeated labs that have been completed in ▮▮▮▮▮▮ **HIV, syphilis, hepatitis B, hepatitis C and tuberculosis, as well as stool studies for ova and parasites**.

Screening labs should also be completed to look for anemia or other blood deficiencies (**a complete blood count**), a **comprehensive metabolic panel** to review her liver and kidney function, **thyroid studies** and a **lead level**.

She will need baseline **audiology and ophthalmology evaluations**. This is recommended for all international children given their greater risk for hearing and visual deficits but is particularly important in <sup>Baby L.</sup> case because of her history of ▮▮▮▮▮▮ ▮▮▮▮▮▮.

1

**EXHIBIT I**

Case 3:2020-cv-00009-NKM-JCH Document 449 Filed 07/09/25 Page 2 of 10 Pageid#: 1647
Case 3:20-cv-00009-NKM Document 294-9 Filed 07/09/21 Page 27 of 10 Pageid#: 68
SEALED

All international children should have a **comprehensive developmental evaluation**. Again, with <sup>Baby L.</sup> this is of particular importance because of her history of ▮▮▮▮ and ▮▮▮▮. In addition to the baseline assessment, I believe she will also need **ongoing therapies including** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. With her list of injuries including ▮▮▮▮ and ▮▮▮▮, she will certainly benefit from these additional long-term services that may be months, if not years, in duration.

<sup>Baby L.</sup> will need a referral to ▮▮▮▮▮▮▮▮ to help manage her ▮▮▮▮. This is now healing well but will need follow up to ensure proper ▮▮▮▮▮▮. She will also require a referral to ▮▮▮▮▮▮▮▮ to follow her as her ▮▮▮▮ heals and to do any ▮▮▮▮▮▮ that may be necessary. Depending on the extent and healing of her ▮▮ from the explosion, she may also need evaluation by ▮▮▮▮.

Finally, <sup>Baby L.</sup> has had a traumatic start to her young life and will benefit from being in a stable and loving environment as she recovers from both her physical and emotional injuries. I anticipate that she will need supports throughout her childhood to help her fully recover.

I anticipate seeing <sup>Baby L.</sup> in my **clinic** within 2-4 weeks of her approval to travel to the United States, and thereafter serving as her primary care pediatrician to help facilitate all of the above recommendations. She will be **vaccinated** according to the Centers for Disease Control and Prevention recommendations for children. Please let me know if I can provide further information.

▮▮▮▮

▮▮

2

EXHIBIT I

# CURRICULUM VITAE

## Doctor MD

**I. PERSONAL DATA**
Work Address:
Department of Pediatrics
University of
VA

**II. EDUCATION**

| | | |
|---|---|---|
| 1999 – 2003 | Medical Doctor | Medical College of at University |
| 1995 – 1999 | B.S.-Cum Laude Biological Psychology, minor in Sociology | College of William and Mary |

**III. POST-GRADUATE EDUCATION**

| | |
|---|---|
| 2019 | VMAP Project Echo Mental Health Awareness Training, |
| 2019 | Breast Feeding Medicine Certificate Course, 40 hours, |
| 2018-2019 | Training and certification in Trauma Informed Care, and Region 10 Community Services Board |
| 2008 – 2012 | Fellowship, Pediatric Infectious Diseases, EVMS/CHKD |
| 2010 | Pediatric Public Health Policy class in Masters of Public Health Program, EVMS (GPA 4.0) |
| 2007 – 2008 | Introductory epidemiology, health management, and biostatistics classes in the Masters of Public Health Program, EVMS (GPA 4.0) |
| 2006 – 2007 | Chief Resident, Pediatrics, EVMS/CHKD |
| 2003 – 2006 | Internship and Residency, Pediatrics, EVMS/CHKD |

**IV. ACADEMIC APPOINTMENTS**

| | | |
|---|---|---|
| 2012 – Present | Assistant Professor | University of Children's Hospital Primary Practice Location: Pediatrics at Orange, credentialed in General Pediatrics and Pediatric Infectious Diseases |

**CLINICAL LEADERSHIP**

| | |
|---|---|
| 2018 – Present | Director, Pediatric Diagnostic Dilemmas Clinic at |
| 2018 – Present | Director, International Adoption Clinic at |
| 2015-2019 | Healthy Habits clinic for pediatric patients who are overweight and obese |

**V. OTHER EMPLOYMENT PERTAINING TO CURRENT PROFESSIONAL APPOINTMENTS**
2006-2012    Instructor of Pediatrics, Eastern Medical School (EVMS),

1

EXHIBIT I

Case 3:2020-cv-00099-NKM Document 29-9 Filed 07/09/21 Page 4 of 10 Pageid#: 1649
Case 3:2020-cv-00099-NKM Document 21-9 Filed 07/09/21 Page 27 of 110 Pageid#: 649
SEALED
Rec'd 3/2019

| | | |
|---|---|---|
| 2006-2008 | Pediatrician, Children's Specialty Group; attended high risk deliveries and managed infants in community Level I and Level II nurseries, Norfolk, | |
| 2006-2007 | Pediatric Ward Attending, Children's Hospital of the King's Daughters (CHKD), | |

### Leadership Activities

| | |
|---|---|
| 2011-2012 | Physician Champion, Development and implementation of an Antimicrobial Stewardship Program, CHKD |
| 2011-2012 | Inpatient Subcommittee of the Pediatric Committee on Antimicrobial Stewardship to establish guidelines for hospital-based pediatric antimicrobial stewardship programs, Pediatric Infectious Diseases Society |
| 2011-2012 | Root cause analysis team member, review of patient safety issues, CHKD |
| 2011 | Physician Champion, Infection Prevention and Control initiative to develop and implement a Safe Needles Program, CHKD |
| 2010 | Establishment of guidelines for HIV testing in the Emergency Department, CHKD |
| 2010 | Quality improvement project to optimize MRSA surveillance screens in the NICU, CHKD |
| 2004-2007, 2009-2011 | Small group facilitator in Pathophysiology course for 2nd year EVMS students |

## VI. CERTIFICATION AND LICENSURE

### A. Certification
- 2013 Board certification, Pediatric Infectious Diseases
- 2006 Board certification in Pediatrics, recertification 2016

### B. Licensure
- 2006    # 0101239639

## VII. HONORS AND AWARDS

| | |
|---|---|
| 2009 | Jonathan Freeman Scholarship to attend the Society for Healthcare Epidemiology of America/Centers for Disease Control Training Course in Healthcare Epidemiology, Atlanta, Georgia |
| 2009 | Faculty teaching award for EVMS medical students in the pediatric clerkship |
| 2007-2008 | Health Professions Scholar, EVMS Masters of Public Health Program |
| 2005, 2006 | Resident teaching award for EVMS medical students in the pediatric clerkship |
| 2000 | A.D. Williams Summer Fellowship, MCV (Instructed medical students in the education of low-income families about government-sponsored health insurance for children) |
| 1999-2003 | School of Medicine ▬▬▬ Award, MCV (tuition scholarship) |

## VIII. PROFESSIONAL AFFILIATIONS (INCLUDING OFFICES HELD)

| | |
|---|---|
| 2006-2013, 2015-present | American Academy of Pediatrics, Fellow |
| 2014 | American Pediatric Association |

2

EXHIBIT I

Case 3:2020-cv-00090-NKM Document 29-9 Filed 07/09/21 Page 5 of 10 Pageid#: 1650
Case 3:2020-cv-00090-NKM Document 21-9 Filed 07/09/21 Page 5 of 10 Pageid#: 171
SEALED

Rec'd 3/2019

**IX. RESEARCH ACTIVITIES**
    **A. AREAS OF RESEARCH INTEREST**
1. Quality improvement
2. Vaccines / increasing vaccination rates
3. Obesity
4. Antibiotic stewardship

**X. TEACHING ACTIVITIES**
    **A. Classroom, Seminar, or Teaching Laboratory**
    2018    Undergraduate ▇ pre-medical student workshop. Topic: The Bookends of Life and Medial School Admissions
    2017    Resident Wednesday School, Topics: Office orthopedics, Coding and billing, How to handle office complaints

    **B. Clinical Teaching (in ward, clinic, OR)**
    2012-present   Outpatient clinical education in general pediatrics for ▇ School of Medicine Students and ▇ Pediatric Residents at ▇ Pediatrics at Orange clinic

**XI. TEACHING ACTIVITIES OTHER THAN CLASSROOM OR CLINICAL, INCLUDING TEACHING OF UNDERGRADUATE (PRE-BACCALAUREATE), GRADUATE, POSTDOCTORAL STUDENTS AND CONTINUING EDUCATION MEDICAL STUDENTS.**
    **A. Conferences, Grand Rounds, Journal Clubs, etc**
2018    Grand Rounds, ▇ Family Medicine, Topic: Obesity in primary care pediatrics
2018    Grand Rounds, Centra Health System, Lynchburg, VA. Topic: The HPV vaccine, moving from fears to facts
2018    Pediatric resident noon conference, Topic: ADHD
2014-2017   Preceptor, Social Issues in Medicine Course 1st year ▇ Medical Students
2013    Pediatric resident noon conference, Topic: Cases in General Pediatrics
2012    Pediatric resident noon conference, Topic: Rashes

    **B. Other, including development of curriculum or new teaching materials, methods of evaluation, program supervision, etc.**
    2018-present   Vaccine Health Maintenance project
                Identification tool in EPIC to prompt users about needed vaccines for children. Representative to research group for ▇ Pediatrics at Orange. Designed survey to determine current satisfaction with vaccine ordering and knowledge of needed vaccines.
    2017-present   Hypertension Identification and Management
                Initiated as AAP EQIPP project, QI efforts ongoing through addition and maintenance of EPIC template prompts targeting

3

EXHIBIT I

Case 3:20-cv-00099-NKM Document 29-9 Filed 07/09/21 Page 6 of 10 Pageid#: 1651
Case 3:20-cv-00099-NKM Document 21-9 Filed 07/09/21 Page 6 of 10 Pageid#: 1072
SEALED
Rec'd 3/2019

|  |  |
|---|---|
|  | identification and management of hypertension at well visits based on 2017 AAP guidelines |
| 2017-present | Well visit templates<br>Design and maintenance of well visit templates for our physician providers at Pediatrics at Orange, frequently updated to reflect office based QI projects as well as to be inclusive of AAP guidelines (e.g. hypertension identification and management, asthma screening, Edinburgh post-partum depression screening, adolescent depression screening, etc) |
| 2017-present | Vaccine Ordering<br>Design and maintenance of vaccine order sets used by our nurses at Pediatrics at Orange to encourage pended vaccines and increase rates of vaccination. Ongoing education and updates provided to nursing as needed. |

## XII. OTHER PROFESSIONAL ACTIVITIES (BOARDS, EDITORSHIPS, ETC.)
2011-2012   Surgical site infection prevention committee, CHKD
2011-2012   Medical Education, CHKD
2010-2012   Patient Safety, CHKD
2008-2012   Infection Control and Prevention, CHKD
2008-2012   Pharmacy and Therapeutics, CHKD
2006-2007   Medical Education, CHKD

## XIII. CURRENT CLINICAL ACTIVITIES
### B. Outpatient
1. General pediatrician attending since 2012, primarily at ▓ Pediatrics at Orange
2. International adoption clinic at ▓
3. Pediatric Diagnostic Dilemmas Clinic at ▓
4. Participant in the Patient Centered Medical Home process at ▓ Pediatrics at Orange

## XIV. SCHOOL, UNIVERSITY, ▓ HOSPITALS, DEPARTMENTS, NATIONAL, AND STATE COMMITTEES & COUNCILS
### A. School of Medicine
2016-2019   ▓ Medical School Admissions committee
### B. Department of Pediatrics
2018-present   Equity and Inclusion Committee
           Latino Health Initiative Subcommittee
2019-present   M3 Clerkship Committee

## XV. PAPERS PUBLISHED OR IN PRESS
### A. Peer Reviewed
1. 2015   Doctor   What explains the brown discoloration on the soles of a 7-year old boy? *Consultants for Pediatricians*. 2015 (14) v2 61-2.
2. 2012   Doctor Doctor   Characterization of a USA300

4

EXHIBIT I

Case 3:20-cv-00009-NKM Document 29-9 Filed 07/09/21 Page 7 of 10 Pageid#: 652
SEALED
Case 3:20-cv-00009-NKM Document 29-49 Filed 07/09/21 Page 27 of 10 Pageid#: 1652
SEALED
Rec'd 3/2019

        *Staphylococcus aureus* protein signature using matrix assisted laser desorption/ionization-time of flight mass spectrometry. *Journal of Medical Microbiology.* 2012 (61) 640-44. Cited 16 times. IF= 2.269. Rank 72 of 123 Microbiology journals.

3. 2011 Doctor Doctor Doctor. Pathogen identification using mass spectrometry in the clinical microbiology laboratory. *Mass. Spectrom.* 2011 1223–1232. Cited 11 times. IF=2.541. Rank 35 of 77 Biochemical Research Methods. Rank 24 of 75 Chemistry, Analytical journals. Rank 14 of 43 Spectroscopy journals.

4. 2011 Doctor Doctor Ceftriaxone-induced renal failure in a child being treated for Lyme arthritis: a case for antimicrobial stewardship. *Pediatrics. epub* October 3, 2011 (128). Cited 7 times. IF= 5.196. Rank 3 of 120 Pediatrics journals.

5. 2011 Doctor Doctor Bone pain and fever in an adolescent and his sibling. *Pediatric Infectious Disease Journal.* 2011 Jan 30(1) 89,93-94. Cited 2 times. IF=2.587. Rank 84 of 151 Immunology journals. Rank 38 of 83 Infectious Diseases journals. Rank 22 of 120 Pediatrics journals.

6. 2011 Doctor Harrington J. Toddler With Chest Pain, Trouble Breathing, Cough After Heart Surgery. *Consultant for Pediatricians.* 2011 Jan 10 (1).

7. 2008 Doctor Hariharan SL. An uncommon presentation of stroke in a child with trisomy 21. *Pediatric Emergency Care.* 2008 Apr 24 (4) 230-2. Cited 3 times. IF=0.923. Rank 16 of 24 Emergency Medicine journals. Rank 97 of 120 Pediatrics journals.

**XVI. INVITED LECTURES AND SYMPOSIUMS**

    2019    Birdsong Pediatric Conference: Presentation, Pediatric Pearls, The Barking Dog
    2019    Poster presentation: Birdsong Pediatric Conference, A primary care intervention for obesity: Healthy Habits Toolkits
    2019    Poster presentation: American Pediatric Association Region IV, A primary care intervention for obesity: Healthy Habits Toolkits
    2015    From Mickey Mouse to Measles, Vaccines in 2015, Head Start Nursing and Administration state conference
    2013    Mononucleosis, Teen Culture Conference, University of
    2011    Poster presentation: Antibiotic Use at CHKD, CHKD Research Day
    2011    Poster presentation: Matrix assisted laser desorption / ionization time of flight model to strain-type *S. aureus* USA300 family organisms
    2011    Pediatric Grand Rounds, CHKD: *Staphylococcus aureus*, The Persistent Pathogen
    2010    Poster symposium: MALDI-ToF strain identification of methicillin sensitive *Staphylococcus aureus,* Pediatric Academic Society / Society for Pediatric Research annual meeting, Vancouver, Canada
    2010    Poster symposium: The dynamic epidemiology of methicillin sensitive *Staphylococcus aureus* nasal colonization in the NICU, Pediatric Academic Society / Society for Pediatric Research annual meeting, Vancouver, Canada

5

EXHIBIT I

Case 3:20-cv-00099-NKM Document 29-9 Filed 07/09/21 Page 8 of 10 Pageid#: 1653
Case 3:20-cv-00009-NKM Document 19-4 Filed 07/09/21 Page 8 of 10 Pageid#: 74
SEALED
Rec'd 3/2019

XVII. **COMMUNITY**
    2019    Blog interview, ▮ Healthy Balance, Topic: Measles Outbreak 2019, This is why we get vaccinated
    2017    TV interview on NBC29, Topic: Vaccines for children
    2016    Healthy Habits Spring Fling, ▮ Pediatrics at Orange
    2016-present    Seasons Treatings Gifting for underprivileged patients
    2016    Nutrition for 4th graders, Covenant School
    2015-2017    Classroom volunteer, Covenant School
    2015-2017    Ronald McDonald House, provide meals on holidays
    2015    Camp medic, Cub Scout Day Camp, Monticello Region
    2014    Charlottesville Family Magazine, topics: tonsillitis, cold sores
    2012-2015    Classroom volunteer at Baker Butler Elementary School
    2009-2012    Outreach meal coordinator, Church of the Ascension: organize meals for members of the parish who are ill or home-bound, Norfolk, ▮
    2008-2012    Mission of the Holy Spirit: monthly meal preparation for 40 underserved Norfolk children
    2007-2008    Volunteer, Food Bank of Southeastern ▮
    2005-2012    Norfolk Emergency Shelter Team: prepare food and supplies for homeless shelter

EXHIBIT I



## Cost Estimate of potential services per the International Adoption Clinic

**Labs:**

| TEST | CPT | PRICE |
| --- | --- | --- |
| CBC | 85027 | $112.00 |
| CMP | 80053 | $406.00 |
| LEAD | 83655 | $171.00 |
| T4 | 84436 | $141.00 |
| TSH | 84443 | $235.00 |
| HEP B & C | 86704 | $195.00 |
|  | 86706 | $184.00 |
|  | 86803 | $248.00 |
|  | 87340 | $180.00 |
| HIV | 87389 | $255.00 |
| SYPHILIS | 86780 | $183.00 |
| QUANTIFERON GOLD | 86481 | $419.00 |
| Ova And Parasite | 87177 | $160.00 |
|  | 87209 | $180.00 |

**ENT/Audiology:**
 Base line audiological exam-
  Codes – 92550 $306.00,  92567 $116.00,  92588 $629.00,  92585 $1,640.00

**Speech Therapy:**
 Evaluation codes 92523 $517.00
 Therapy code 92507 $288.00

**Ophthalmology Evaluation:**
 Code 92004  $350.00

**Physical Therapy:**

|  | CPT | PRICE |
| --- | --- | --- |
| Pt eval low complex 20 min | 97161 | $318.00 |
| Pt eval mod complex 30 min | 97162 | $376.00 |
| Pt eval high complex 45 min | 97163 | $463.00 |

EXHIBIT I

**Occupational Therapy:**

|  | CPT | PRICE |
|---|---|---|
| Ot eval low complex 30 min | 97165 | $318.00 |
| Ot eval mod complex 45 min | 97166 | $376.00 |
| Ot eval high complex 60 min | 97167 | $463.00 |

**Therapy services PT or OT:**

|  | CPT | PRICE |
|---|---|---|
| THERAPEUTIC ACTIVITY 15 MIN | 97530 | $50.00 |

**Visits New and Established:**
Pediatric Orthopedics, Pediatric Neurosurgery, Plastic Surgery and Comprehensive Developmental Evaluation

New Visits Level 1-5 (Based on complexity of care)
99201  $110.00
99202  $187.00
99203  $271.00
99204  $400.00
99205  $503.00

Established Visits Level 1-5 (Based on complexity of care)
99211  $53.00
99212  $109.00
99213  $183.00
99214  $262.00
99215  $353.00

EXHIBIT I