Case 3:20-cv-00009-NKM Document 29-5 Filed 07/09/20 Page 1 of 12 Pageid#: 656
Case 3:20-cv-00009-NKM Document 22-5 Filed 02/06/20 Page 1 of 12 Pageid#: 254
SEALED

To Whom It May Concern,

I am writing to request that the official foreign policy of the United States in the case of Baby <span>Baby L</span> be to "make every effort to bring her to the United States." In any decision affecting her, that "the best interest of the child" be the primary factor considered by all United States (U.S.) personnel, and that "every effort be exhausted to secure her safety." To accomplish this intent, a waiver of jurisdiction in favor of the U.S. should be obtained diplomatically. At a minimum, permission for Baby L to travel to the U.S. for her long-term medical treatment should be secured. Any potential claimant of the child should be DNA tested and vetted by U.S. personnel given the risk of child trafficking and danger of ▮▮▮▮ groups being targeted throughout the region.

This policy is appropriate in light of the actual evidence regarding Baby L origin, the nature of her ▮▮▮▮▮▮, and the significant risk of her becoming a victim of child sex trafficking, physical abuse, and severe neglect given the State Department's (DoS) ▮▮▮▮▮▮▮▮ and other credible reports from the Department of Labor (DoL) and other institutions on the realities of the ▮▮▮▮▮▮▮/orphanage system.

As background on her origin, injuries, and the risk she faces, Baby L ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ when she was approximately ▮▮▮▮▮▮ old. The evidence indicates that Baby L is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Consequently, Baby L is almost certainly a non ▮▮▮ stateless minor who was recovered by U.S. forces from a district that is not under the control of the ▮▮▮▮, government. There is no recognized government or judicial system in that district.

This conclusion is based on over 140 pages of classified documents related to the mission where Baby L was recovered, a declassified summary of that mission, and open source reporting on ▮▮▮ families entering ▮▮▮▮▮▮. It is also the conclusion ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Baby L ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ (Enclosure 1).

Based on this evidence, a ▮▮▮▮▮ court granted my wife and I full legal custody of Baby L under the Uniform Child Custody Enforcement and Jurisdiction Act (UCCJEA), and the unique circumstances surrounding Baby L origin and injury (Enclosure 2). Thus, Baby L is my legal ward, she has a legal identity through a U.S. Record of Foreign Birth, she has been approved as a ▮▮▮▮▮▮▮▮▮▮▮▮▮, and has been enrolled in the ▮▮▮▮▮▮▮▮▮▮▮ program (Enclosure 3).

Most importantly, Baby L has an assigned Pediatrician at the ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ Children's Hospital who specializes in screening international children, and can refer <span>Baby L</span> to the Pediatric Neurology, Therapy, and Pediatric Imaging clinics at ▮▮▮ for <span>Baby L</span> long-term medical treatment. Dr. ▮▮▮▮▮▮, Baby L physician, has prepared a treatment plan based on <span>Baby L</span> medical needs and the nature of her injuries as outlined below (Enclosure 4).

Specifically, ▮▮▮▮▮▮▮▮▮▮▮▮ Baby L ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The Americans on scene refused to leave a ▮▮▮▮ ▮▮▮▮▮▮ infant alone to die on the ▮▮▮▮ and Baby L has been in the care of U.S. medical personnel since she was recovered (Enclosure 5).

EXHIBIT L

Over the past four months, dozens of service members have invested time, effort, and love in Baby L.

No one wants to see a baby who has been through so much placed in an inherently dangerous situation, especially when there is a path to the United States in place. In fact, when President Trump visited ███████████████████████ many of these servicemembers where trying to find the President on ███████ ████████, to tell him about Baby L and ask him to intervene on her behalf. This letter is intended to further those efforts, and secure a safe and bright future for an innocent child that has already suffered enough.

Given her medical needs, the deplorable conditions of orphanages in ███████████ and the fact that ███████████████████████████████████████████████ " and that ██████ ██████████████ s ████████████████████████████ " every servicemember who knows Baby L is very concerned for her welfare if she is not brought to the U.S. (DoS, 2019 p. 59, DoL 2018, p. 103).

Please help us protect Baby L My family and I currently reside in Home County Congressional District, and are Represented in Congress by Representative ██████████████████, who I have asked for assistance in bringing Baby L case to appropriate authority for consideration (Enclosure 6).

Sincerely,

# DOE 1 and DOE 2

References

Department of State (2019). ██████████████████████ :
██████████████████████████████████████████ f

Department of Labor (2018). ██████████████████████ ;
████████████████████████████████████████████████

See also:
Department of State (2018). ██████████████████████ ;
████████████████████████████████████████████████

██████████████████████████████████████████████ :
████████████████████████████████ f

United Nations International Children's Assistance Fund (UNICEF) (2018). ██████████████ :
██████████████████████

United Nations Human Rights Council (UNHCR) (2018). ██████████████ ;
██████████████████████
██████████████████

Save the Children (2017). ████████████████████████████ ;
████████████████████████████
██████████████ ;

Business Insider (2015). ██████████████████████████████

EXHIBIT L



ENCLOSURE 1



ENCLOSURE 1



**ENCLOSURE 1**



ENCLOSURE 1



EXHIBIT L

**ENCLOSURE 2**

# CERTIFICATE OF VITAL RECORD

**VERIFY PRESENCE OF WATERMARK**    **HOLD TO LIGHT TO VIEW**

3948042

DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

**CERTIFICATE OF FOREIGN BIRTH**

DEPARTMENT OF HEALTH—DIVISION OF VITAL RECORDS

| | |
|---|---|
| STATE BIRTH NUMBER | 145-FB- 012012 |

| 1. FULL NAME OF CHILD | (first) | (middle) | (last) | 2. SEX OF CHILD |
|---|---|---|---|---|
| | Baby L | Baby L | Baby L | Minor Child Sex |

| 3. DATE OF BIRTH |
|---|
| DOB |

| 4. PLACE OF BIRTH |
|---|
| UNKNOWN |

| 5. FULL MAIDEN NAME OF MOTHER | | |
|---|---|---|

| 6. BIRTHPLACE OF MOTHER | | 7. DATE OF BIRTH OF MOTHER DOE 2 Date of Birth |
|---|---|---|

| 8. FULL NAME OF FATHER | | |
|---|---|---|

| 9. BIRTHPLACE OF FATHER | | 10. DATE OF BIRTH OF FATHER DOE 1 Date of Bir h |
|---|---|---|

| 11. ADDRESS OF PARENTS | (Street Address or Route No.) Minor Child Address | (City or Town) Minor Child Home Town | (State) | (Zip Code) Minor Child Zip |
|---|---|---|---|---|

Data shown above based on evidence presented to the ___ **Home County** ___

Circuit Court, dated ___ **NOVEMBER 10, 2019** ___ .

THIS CERTIFICATE IS NOT EVIDENCE OF UNITED STATES CITIZENSHIP FOR THE CHILD OR PARENTS NAMED ABOVE.

I hereby certify that this certificate is filed under provisions of ▮▮▮▮ , 1950 ▮
▮▮ as Amended.

**STATE REGISTRAR** ▶

DATE RECORD FILED **NOVEMBER 10, 2019**

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the ▮▮ Department Of Health, ▮▮ d, ▮.

DATE ISSUED    **NOVEMBER 10, 2019**

Do not accept unless on security paper with the seal of ▮ Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of ▮ as amended.

State Registrar

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

*(left margin, vertical)* VOID IF ALTERED OR ERASED

*(right margin, vertical)* VOID IF ALTERED OR ERASED

EXHIBIT L

**ENCLOSURE 3**

| | | OMB No. 0704-0415 |
|---|---|---|
| | *Please read Agency Disclosure Notice, Privacy Act Statement, and Instructions prior to completing this form.* | OMB approval expires Jan 31, 2017 |

## SECTION I - SPONSOR/EMPLOYEE INFORMATION

(redacted)

## SECTION II - SPONSOR/EMPLOYEE DECLARATION AND REMARKS

**21. REMARKS** *(Cite legal documentation, as applicable.)*

I understand that the action of making this request is audited and electronically signed using my DoD Self-Service Logon (DS Logon).

(redacted)

THIS COPY IS PRINTED FOR INFORMATIONAL PURPOSES ONLY AND MAY NOT BE USED FOR ID CARD ISSUANCE.

**NOTARY SIGNATURE AND SEAL**

I certify the information provided in connection with the eligibility requirements of this form is true and accurate to the best of my knowledge. *(If not signed in the presence of the authorizing/verifying official, the signature must be notarized )*

| 22. SPONSOR/EMPLOYEE SIGNATURE | 23. DATE SIGNED *(YYYYMMDD)* |
|---|---|
| | 2019NOV14 |

## SECTION III - AUTHORIZED BY

| 24. SPONSORING OFFICE NAME | | 25. CONTRACT NUMBER |
|---|---|---|
| | | |

| 26. SPONSORING OFFICE ADDRESS *(Street, City, State, ZIP Code)* | 27. SPONSORING OFFICE TELEPHONE NUMBER *(Include Area Code/DSN)* | 28. OFFICE EMAIL ADDRESS | 29. OVERSEAS ASSIGNMENT *(Country)* |
|---|---|---|---|
| | | | |

| 30. OVERSEAS ASSIGNMENT BEGIN DATE *(YYYYMMDD)* | 31. OVERSEAS ASSIGNMENT END DATE *(YYYYMMDD)* | 32. ELIGIBILITY EFFECTIVE DATE *(YYYYMMDD)* | 33. ELIGIBILITY EXPIRATION DATE *(YYYYMMDD)* |
|---|---|---|---|
| | | | |

I certify the individual identified above, based on personal knowledge and available documentation, is in a status eligible for and requires an identification card in the performance of their duties with the DoD or Uniformed Services.

| 34. SPONSORING OFFICIAL NAME *(Last, First, Middle)* | | 35. UNIT/ORGANIZATION NAME | |
|---|---|---|---|
| | | | |

| 36. TITLE | 37. PAY GRADE | 38. SIGNATURE | 39. DATE VERIFIED *(YYYYMMDD)* |
|---|---|---|---|
| | | | |

## SECTION IV - VERIFIED BY

| 40. VERIFYING OFFICIAL NAME *(Last, First, Middle Initial)* | 41. SITE IDENTIFICATION | 42. TELEPHONE NUMBER *(Include Area Code/DSN)* | 43. SIGNATURE |
|---|---|---|---|
| | | | |

(redacted)

| AND NO OTHERS | X | 60. DATE OF BIRTH *(YYYYMMDD)* XXXXXXXXX | XXXXXXXXXXXXXX | XXXXXXXXXXXXXX |
|---|---|---|---|---|

| 63. CURRENT HOME ADDRESS XXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXX | 64. PRIMARY E-MAIL ADDRESS XXXXXXXXXXXXXX | Permission to use for benefits notifications *(18 and above)* | 65. TELEPHONE NUMBER *(Include Area Code/DSN)* XXXXXXXXXXXX |
|---|---|---|---|

| 66. CITY XXXXXXXXXXXXXXXXXXX | 67. STATE XXX | 68. ZIP CODE XXXXXXXXX | 69. COUNTRY XXXXXXXXXXXXX | 70. ELIGIBILITY EFFECTIVE DATE *(YYYYMMDD)* XXXXXXXXX | 71. ELIGIBILITY EXPIRATION DATE *(YYYYMMDD)* XXXXXXXXX |
|---|---|---|---|---|---|

## SECTION VI - RECEIPT

Receipt of new card is acknowledged.

| 72. SIGNATURE | 73. DATE ISSUED *(YYYYMMDD)* |
|---|---|
| | |

EXHIBIT L

| **DD FORM 1172-2, JAN 2014** | PREVIOUS EDITION IS OBSOLETE. | This form valid unsigned as ID card for 90 days from date of verification. |
|---|---|---|

ENCLOSURE

Adobe Designer 9.0



ELIG

**DEPARTMENT OF DEFENSE**
MANPOWER DATA CENTER
400 GIGLING ROAD
SEASIDE, CALIFORNIA 93955-6771

Dec 14, 2019

Thank you for your inquiry to the Defense Manpower Data Center (DMDC) Support Office regarding eligibility for ███████ (formerly known as ███████) administered programs including ███████, and/or medical care at military treatment facilities (known as Direct Care).

███████████████████████████████████████████████████████████ If you are an active duty Service member, you are eligible for Direct Care only, unless you are enrolled in ███████ Prime or ███████ Prime Remote.

This letter may be used as proof of current eligibility under a ███████ administered program. Any change in the sponsor's status or the family member's status/relationship to the sponsor could impact medical benefits. In that case, the information in this letter may no longer be valid.

For questions related to deductibles, coverage, or claims, please contact your ███████ regional contractor. For information regarding medical care while traveling overseas, visit ███████████████████ or contact the ███████ Overseas Service Line at ███████

For further assistance, visit our Web site at http://milconnect.dmdc.mil or contact the DMDC Support Office at (800) 538-9552. Our hours of operation are 5:00 a.m. to 5:00 p.m. (Pacific Time) Monday through Friday.

Sincerely,

Chief, Beneficiary Services Branch

EXHIBIT L

ENCLOSURE 3

## Medical, Dental and Pharmacy ❓

Review this information to verify your current coverage and ▓▓▓▓▓▓▓▓ ▓▓ ▓▓ if any.



**Family Members**

**DOE 1**
**Baby L**

### Coverages for Baby L.

| Medical Coverage | Dental Coverage | Pharmacy Coverage |

**Current**

| | |
|---|---|
| **Coverage:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Coverage End Date:** | No projected end date exists for the next 6 months. |
| **Coverage End Reason:** | N/A |

| | |
|---|---|
| **Primary Care Manager:** | Doctor |
| **Contact Number:** | |
| **Status:** | Current |
| **End Date:** | No projected end date exists for the next 6 months. |
| **End Reason:** | N/A |
| **Provider Type:** | Civilian network |
| **Region:** | 23 |

### Related Links

**Manage your enrollment:** ▓▓▓▓▓▓▓▓▓▓▓▓

**Contact your provider:** ▓▓▓▓▓

EXHIBIT L

**ENCLOSURE 4**

Case 3:20-cv-00094-NKM Document 29-5 Filed 07/09/20 Page 12 of 12 Pageid#: 667
Case 3:20-cv-00094-NKM Document 29-5 Filed 07/09/20 Page 12 of 12 Pageid#: 667
PageID: 91



EXHIBIT L

**ENCLOSURE 6**