CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
07/17/2020
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| "BABY L," *et al.*, | |
| *Plaintiffs*, | CASE NO. 3:20-cv-00009 |
| v. | ORDER |
| DR. MARK T. ESPER, *in his official capacity as Secretary of Defense*, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants*. | |

This matter is before the Court further to the Court's Order of July 2, 2020, which granted in part and denied in part Plaintiffs' Motion to Seal. Dkt. 28. In that Order, the Court directed the parties to confer and resubmit under seal versions of documents with modified redactions that would, upon their unsealing, further preserve confidentiality of medical information about the minor child and safeguard her identity. *Id.* at 9–10. The Court has reviewed the Joint Response to the Court's Order, Dkt. 29, and the attachments thereto. The Court concludes that the parties re-submitted documents followed the prior direction from this Court regarding redactions, and that the re-submitted documents may be unsealed.

The Court **DIRECTS** the Clerk of Court to unseal Dkt. 29 and the attachments thereto.

The Court **VACATES** in part its prior Order unsealing an earlier proposed redacted version of Exhibit L to Dkt. 4 (*found at* Dkt. 25-4), and **DIRECTS** the Clerk of Court to place Dkt. 25-4 **under seal**. The parties' resubmitted version of Exhibit L to Dkt. 4 (*found at* Dkt. 29-5) shall be **unsealed** along with the rest of Dkt. 29.

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this Order all counsel of record.

**ENTERED** this ___17th___ day of July, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE