UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| "Baby L.," a minor, et al.,<br><br>      *Plaintiffs*,<br><br>v.<br><br>Dr. MARK ESPER, in his official capacity as Secretary for the U.S. Department of Defense et al.,<br><br>      *Defendants*. | **Civil Action No. 3:20-cv-9** |

**PROPOSED ORDER**

Having reviewed Defendants' Motion to Modify Pseudonym and Sealing Orders to Allow Sharing of Information with Other Courts, and for good cause shown, the Court GRANTS Defendants' Motion. It is hereby ORDERED that, notwithstanding other orders issued in this case, Defendants may share and reference Plaintiffs' identities and the fact that the same child was at issue, as well as the name of the child's home country and the foreign government to whom she was transferred, and the name of the state where Plaintiffs resided at the time of this suit, in other judicial proceedings involving the child where Plaintiffs are parties; Defendants may also seek and obtain certified copies of sealed records in this proceeding from the clerk of court; and the United States may provide certified or uncertified copies of sealed records in this proceeding to the court and parties in other such judicial proceedings, provided that such information is submitted under seal.

      SO ORDERED.

Dated: _____

_____
Judge Norman K. Moon