UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| "Baby L.," a minor, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Dr. MARK ESPER, in his official capacity as Secretary for the U.S. Department of Defense et al., <br><br> *Defendants*. | Civil Action No. 3:20-cv-9 |

## DEFENDANTS' NOTICE

Pursuant to the Court's Order of October 27, 2022, Defendants hereby give notice that Defendants' Memorandum in Support of Defendants' Motion to Modify Pseudonym and Sealing Orders to Allow Sharing of Information with Other Courts need not be filed under seal. Counsel for Defendants have conferred with counsel for Plaintiffs, and Plaintiffs did not identify anything in Defendants' Memorandum that, in their view, requires redaction.

November 4, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch

        U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

2