UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| "Baby L.," a minor, et al.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>Dr. MARK ESPER, in his official capacity as<br>  Secretary for the U.S. Department of Defense<br>  et al.,<br><br>  *Defendants*. | **Civil Action No. 3:20-cv-9** |

## **PLAINTIFFS' NOTICE**

  Pursuant to the Court's Order of October 27, 2022, Plaintiffs hereby give notice that Plaintiffs' September 14, 2022 Memorandum styled "Plaintiffs Preliminary Memorandum in Opposition of Defendants' Motion to Modify Pseudonym and Sealing Orders to Allow Sharing of Information with Other Courts" with Plaintiffs' proposed redactions, in their view, need not be filed under seal. Counsel for Plaintiffs have conferred with counsel for Defendants, and Defendants have submitted their own proposed redactions for anything in Plaintiffs' Memorandum that, in Defendants' view, requires redaction.

November 4, 2022                Respectfully submitted,

                                  _____
                                  Richard L. Mast
                                  VSB #80660
                                  P.O. Box 11108
                                  Lynchburg, VA
                                  434-592-4878
                                  RLMast@protonmail.com
                                  *ATTORNEY TO BE NOTICED*