IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BABY DOE, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| JOSHUA MAST, et al., | ) |
| *Defendants*, | ) |
| and | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, et al., | ) |
| *Nominal Defendants.* | ) |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Thomas W. Davison, enters his appearance in the above-referenced proceedings for Defendant Kimberly Motley. Ms. Motley respectfully requests that the Court make Thomas W. Davison one of her attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings should be emailed or faxed to Thomas W. Davison at the address set forth below.

Dated: September 27, 2022

/s/ Thomas W. Davison
Thomas W. Davison (VSB No. 94387)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Tel.: (202) 756-3300
Fax: (202) 654-3333
tom.davison@alston.com

LEGAL02/42187215v1

## CERTIFICATE OF SERVICE

I certify that on September 27, 2022, I filed this Notice of Appearance using the Court's CM/ECF system, which will provide service to all counsel of record.

*/s/ Thomas W. Davison*
Thomas W. Davison