UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| "Baby L.," a minor, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Dr. MARK ESPER, in his official capacity as Secretary for the U.S. Department of Defense et al., <br><br> *Defendants*. | **Civil Action No. 3:20-cv-9** |

**DEFENDANTS' MOTION TO SEAL MEMORANDUM IN SUPPORT OF MOTION TO FURTHER MODIFY PSEUDONYM AND SEALING ORDERS TO ALLOW PUBLIC ACKNOWLEDGEMENT IN OTHER COURT PROCEEDINGS AND EXHIBITS 1 AND 2**

Defendants move the Court pursuant to Local Civil Rule 9 for leave to file under seal their Memorandum in support of their Motion to Further Modify Pseudonym and Sealing Orders to Allow Public Acknowledgement in Other Court Proceedings, as well as Exhibits 1 and 2 attached to that Memorandum. The Memorandum and Exhibits 1 and 2 refer to information that is currently under seal in this case and in a state court case and therefore should remain under seal until both courts approve the unsealing of the relevant information. Defendants anticipate that, should the Court grant Defendants' Motion, and should the state court take steps to unseal certain information in the state court case, Defendants' Memorandum may then be filed publicly. The limited relief of filing the Memorandum and Exhibits 1 and 2 under seal until such time as the underlying information is unsealed is narrowly

tailored and comports with the requirements of Local Civil Rule 9(b).

November 21, 2023                    Respectfully submitted,

                                     BRIAN M. BOYNTON
                                     Principal Deputy Assistant Attorney General

                                     ALEXANDER K. HAAS
                                     Director, Federal Programs Branch

                                     */s/ Kathryn L. Wyer*
                                     KATHRYN L. WYER
                                     Federal Programs Branch
                                     U.S. Department of Justice, Civil Division
                                     1100 L Street, N.W., Room 12014
                                     Washington, DC  20005
                                     Tel. (202) 616-8475 / Fax (202) 616-8470
                                     kathryn.wyer@usdoj.gov
                                     *Attorneys for Defendants*