# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| "Baby L.," a minor, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Dr. MARK ESPER, in his official capacity as Secretary for the U.S. Department of Defense et al., <br><br> *Defendants*. | **Civil Action No. 3:20-cv-9** |

## PROPOSED ORDER

Having reviewed Defendants' Motion to Seal Memorandum in Support of Motion to Further Modify Pseudonym and Sealing Orders to Allow Public Acknowledgement in Other Court Proceedings and Exhibits 1 and 2, and for good cause shown, the Court GRANTS Defendants' Motion. It is hereby ORDERED that Defendants' Memorandum in support of their Motion filed as ECF 40, and Exhibits 1 and 2 thereto, shall be filed under seal.

SO ORDERED.

Dated: _____               _____
                                        Judge Norman K. Moon