UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| "Baby L.," a minor, et al.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>Dr. MARK ESPER, in his official capacity as<br>  Secretary for the U.S. Department of Defense<br>  et al.,<br><br>   *Defendants*. | **Civil Action No. 3:20-cv-9** |

## ORDER

Having reviewed Defendants' Motion to Seal Memorandum in Support of Motion to Further Modify Pseudonym and Sealing Orders to Allow Public Acknowledgement in Other Court Proceedings and Exhibits 1 and 2, Dkt. 41, and for good cause shown, the Court **GRANTS** Defendants' Motion. It is hereby **ORDERED** that Defendants' Memorandum in support of their Motion filed as ECF 40, and Exhibits 1 and 2 thereto, shall be filed under seal.

SO ORDERED.

Dated: November 22, 2023.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE