UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| "Baby L.," a minor, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>Dr. MARK ESPER, in his official capacity as Secretary for the U.S. Department of Defense et al.,<br><br>    *Defendants*. | **Civil Action No. 3:20-cv-9** |

## ORDER

Having reviewed Defendants' Motion to Further Modify Pseudonym and Sealing Orders to Allow Public Acknowledgement in Other Court Proceedings, and for good cause shown, the Court **GRANTS** Defendants' Motion. Dkt. 40. It is hereby **ORDERED** that, notwithstanding other orders issued in this case, Defendants may (1) publicly acknowledge that the same child at issue in this case is the subject of the state court case identified in Defendants' Motion and that Plaintiffs in this case are the same individuals who are parties in the state court case; (2) publicly identify in filings in the state court case, insofar as those filings reference this case, the foreign country in which the child at issue in this case was found, the government to which she was transferred, and Plaintiffs' state of residence at the time they brought suit; (3) agree to making public the certified copies of the records in this case that the United States submitted under seal in the state case, provided those copies are redacted in accord with the public versions of those records on this Court's docket; and (4) adhere to the same

modifications in any future filings in the same state case or in other cases involving Plaintiffs and the same child.

    SO ORDERED.

    Dated: November 30, 2023

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE