# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
## AUDIO RECORDING ORDER

AO 436 (Rev. 04/13)
Read Instructions.

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED
JUN 26 2024
[signature], CLERK
BY: [signature] DEPUTY CLERK

| Field | Value |
|---|---|
| 1. NAME | Martha Mendoza |
| 2. PHONE NUMBER | (831) 240-5495 |
| 3. EMAIL ADDRESS | mmendoza@ap.org |
| 4. MAILING ADDRESS | 624 Cayuga Street |
| 5. CITY | Santa Cruz |
| 6. STATE | CA |
| 7. ZIP CODE | 95062 |
| 8. CASE NUMBER | 3:20-cv-00009-NKM |
| 9. CASE NAME | Baby L., et al v Esper, et al |
| 10. FROM | 2/26/2020 |
| 11. TO | 11/30/2023 |
| 12. PRESIDING JUDGE | Norman Moon |
| 13. CITY | Charlottesville |
| 14. STATE | Virginia |

### 15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

### 16. AUDIO RECORDING REQUESTED

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Specify) TRO Telephone Hearing | 2/26/2020 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| [ ] DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| [ ] RECORDABLE COMPACT DISC - CD | | |
| [x] ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | 1 | |
| ESTIMATE TOTAL | | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

18. SIGNATURE: Martha Mendoza [signature]
19. DATE: 6/14/2024

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   ORDER RECEIPT   ORDER COPY

AO 436 (Rev. 04/13)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
## AUDIO RECORDING ORDER

*Read Instructions.*

| | |
|---|---|
| 1. NAME: Martha Mendoza | 2. PHONE NUMBER: (831) 240-5495 |
| | 3. EMAIL ADDRESS: mmendoza@ap.org |
| 4. MAILING ADDRESS: 624 Cayuga Street | 5. CITY: Santa Cruz |
| | 6. STATE: CA |
| | 7. ZIP CODE: 95062 |
| 8. CASE NUMBER: 3:20-cv-00009-NKM | 9. CASE NAME: Baby L., et al v Esper, et al |
| | DATES OF PROCEEDINGS |
| | 10. FROM: 2/26/2020 |
| | 11. TO: 11/30/2023 |
| 12. PRESIDING JUDGE: Norman Moon | LOCATION OF PROCEEDINGS |
| | 13. CITY: Charlottesville |
| | 14. STATE: Virginia |

**15. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**16. AUDIO RECORDING REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Specify) TRO Telephone Hearing | 2/26/2020 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | 1 | |
| | ESTIMATE TOTAL | 0.00 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE: Martha Mendoza *(signed)* | 19. DATE: 6/14/2024 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER | |
|---|---|---|---|---|---|
| | DATE | BY | | | |
| ORDER RECEIVED | | | DEPOSIT PAID | | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 | |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | 0.00 | |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 | |

DISTRIBUTION:   COURT COPY   ORDER RECEIPT   ORDER COPY

Mendoza-AP
624 Cayuga St
SC CA 95062

SAN JOSE C[A]
15 JUN 2024



US Court Clerk
255 West Main Street Rm 304
Charlottesville VA
22902

22902-505879

