# U. S. DISTRICT COURT
Western District of Virginia
255 W. Main Street, Room 304
Charlottesville, VA 22902

*Laura A. Austin*                                                    *Voice: 434-296-9284*
*Clerk of the Court*                                              *Facsimile: 434-295-8909*

June 26, 2024

Martha Mendoza
624 Cayuga Street
Santa Cruz, CA 95062

    Re:  Audio Recording Request, 3:20CV00009

Dear Ms. Mendoza:

Pursuant to your request for an audio recording of the TRO hearing held on February 26, 2020, please be advised no audio recording exist of the hearing.

          Very truly yours,

          LAURA A. AUSTIN, CLERK

          By:  Sherry Taylor
              Court Services Coordinator