# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

August 19, 2024
LAURA A. AUSTIN, CLERK
BY s/ S. MELVIN
       DEPUTY CLERK

"Baby L.," a minor, et al.,

    *Plaintiffs*,

v.

Dr. MARK ESPER, in his official capacity as Secretary for the U.S. Department of Defense et al.,

    *Defendants*.

**Civil Action No. 3:20-cv-9**

## ORDER

Having reviewed Defendants' Motion to Seal, and for good cause shown, the Court GRANTS Defendants' Motion. It is hereby ORDERED that the following categories of information in Plaintiffs' Preliminary Memorandum in Opposition to Defendants' Motion to Modify Pseudonym and Sealing Orders remain under seal: (1) information within categories that are already subject to the Court's prior pseudonym and sealing orders; (2) information identified by the United States as implicating national security concerns or as law enforcement sensitive information; (3) information describing proceedings in other courts that are subject to a court seal; and (4) statements in Plaintiffs' filing that implicate the reputational and privacy interests of third parties. In regard to information in categories (2)-(4) not already subject to the Court's prior orders, the Court finds that in each instance, the significant interest in protecting this information outweighs the common law presumption in favor of public access. Here, the public interest in the information is diminished given the lack of

relevance of the information to the narrow issue before the Court raised by Defendants' Motion to Modify Pseudonym and Sealing Orders. The information under seal in this document shall remain sealed in perpetuity.

The Court will grant the Motion to Seal for these reasons and for those set forth in the Motion to Seal, and noting there being no opposition filed to the Motion to Seal. The Court also incorporates its rulings in a related matter, including findings that privacy and safety interests of third parties support maintaining a protective order and pseudonym order in that case, which further support granting this Motion to Seal. *See John Doe, et al. v. Joshua Mast, et al.*, No. 3:22-cv-49, Mem. Op. & Order, at 1-23 (W.D. Va. Aug. 16, 2024) (Dkt. 473).

Accordingly, the Court hereby **GRANTS** the Motion to Seal. Dkt. 37.

SO ORDERED.

Dated: 8/19/2024

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE