UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Baby Doe *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSHUA MAST *et al.*, <br><br> *Defendants*, <br> and <br><br> UNITED STATES SECRETARY OF STATE ANTONY BLINKEN *et al.*, <br><br> *Nominal Defendants*. | Civil Action No. 3:22-cv-49 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that KATHRYN L. WYER, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as a counsel of record for nominal defendants United States Secretary of State Antony Blinken and United States Secretary of Defense General Lloyd Austin.

November 9, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*

KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*