# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

BABY DOE, *et al.*,

        Plaintiffs*,*

v.

JOSHUA MAST, *et al.*,

        Defendant*s,*

Case No. 3:22-cv-00049

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Zachary L. Rowen, enters his appearance in the above-referenced proceedings for Plaintiffs and respectfully requests that he accordingly receive copies of all communications and other documents filed in these proceedings via the Court's CM/ECF system.

Dated: November 22, 2022

/s/*Zachary L. Rowen*
Zachary L. Rowen (*pro hac vice*)
NY Bar No. 5091715
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-4555
Fax: (212) 751-4864
Email: zachary.rowen@lw.com

*Attorney for Plaintiffs*