**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

BABY DOE, *et al.*,

                    Plaintiffs,

      v.

JOSHUA MAST, *et al.*,

                 Defendants,

Case No. 3:22-cv-00049

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Damon R. Porter, enters his appearance in the above-referenced proceedings for Plaintiffs and respectfully requests that he accordingly receive copies of all communications and other documents filed in these proceedings via the Court's CM/ECF system.

Dated: November 22, 2022

/s/Damon R. Porter
Damon R. Porter (*pro hac vice*)
D.C. Bar No. 1617529
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Telephone: (202) 637-2348
Fax: (202) 637-2201
Email: damon.porter@lw.com

*Attorney for Plaintiffs*