IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> JOSHUA MAST, *et al.*, <br><br> Defendants, | Case No. 3:22-cv-00049 |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Ehson Kashfipour, enters his appearance in the above-referenced proceedings for Plaintiffs and respectfully requests that he accordingly receive copies of all communications and other documents filed in these proceedings via the Court's CM/ECF system.

Dated: November 22, 2022

/s/Ehson Kashfipour
Ehson Kashfipour (*pro hac vice*)
D.C. Bar No. 1736422
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Telephone: (202) 637-1002
Fax: (202) 637-2201
Email: ehson.kashfipour@lw.com

*Attorney for Plaintiffs*