**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BABY DOE, A CITIZEN OF AFGHANISTAN :
CURRENTLY RESIDING IN NORTH          :
CAROLINA, BY AND THROUGH NEXT       :     CIVIL ACTION NO. 3:22-CV-49
FRIENDS, JOHN AND JANE DOE;AND JOHN :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE,   :
                                                       :
      Plaintiffs,                               :
                                                       :
v.                                                    :
                                                       :
JOSHUA MAST, STEPHANIE MAST, RICHARD:
MAST, KIMBERLEY MOTLEY, AND AHMAD :
OSMANI,                                          :
                                                       :
      Defendants,                             :
                                                       :
and                                                  :
                                                       :
UNITED STATES SECRETARY OF STATE :
ANTONY BLINKEN AND UNITED STATES :
SECRETARY OF DEFENSE GENERAL      :
LLOYD AUSTIN,                              :
                                                       :
      Nominal Defendants.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


**ORDER GRANTING DOE PLAINTIFFS' MOTION FOR LEAVE TO SEAL
PLAINTIFF'S EXHIBIT 1 TO PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTIONS TO DIMISS**

      Having considered Plaintiff's Motion, and Memorandum of Law in Support of Motion, to

Seal Exhibit 1 to Plaintiffs' Opposition to Defendants' Motions to Dismiss pursuant to Local

Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the

decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*,

743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988)

having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further

ORDERED that Exhibit 1, ECF No. 117, to Plaintiffs' Opposition to Defendants' Motions to

Dismiss is filed under seal.


      Entered this 29th day of November, 2022.



                                          _____

                                          Judge

099997.0007105 DMS 300318988v3